UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| VERICEPT CORPORATION, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-cv-180 |
| | ) | |
| BRIAN J. TILLETT, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Vericept Corporation hereby dismisses the above-captioned action, without prejudice, under Federal Rule of Civil Procedure 41(a)(1).

                                                         Respectfully submitted,

                                                         /s/   Brooke E. McDonough
                                                         Brooke E. McDonough
                                                         VSB No. 65724
                                                         William F. Sheehan (admitted *pro hac vice*)
                                                         Eric J. Hager (admitted *pro hac vice*)
                                                         Attorneys for Plaintiff Vericept Corporation
                                                         GOODWIN PROCTER LLP
                                                         901 New York Avenue, N.W.
                                                         Washington, D.C. 20001
                                                         Telephone: (202) 346-4000
                                                         Facsimile: (202) 346-4444
                                                         bmcdonough@goodwinprocter.com
                                                         wsheehan@goodwinprocter.com
                                                         ehager@goodwinprocter.com

April 9, 2008

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2008, I filed electronically the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            /s/   Brooke E. McDonough
                                      Brooke E. McDonough
                                      VSB No. 65724
                                      Attorneys for Plaintiff Vericept Corporation
                                      GOODWIN PROCTER LLP
                                      901 New York Avenue, N.W.
                                      Washington, D.C. 20001
                                      Telephone: (202) 346-4000
                                      Facsimile: (202) 346-4444
                                      bmcdonough@goodwinprocter.com